1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
Michelle S. Lim (SBN 315691)
Scott L. Gordon (SBN 319872)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
mlim@schneiderwallace.com
sgordon@schneiderwallace.com

*[Additional Counsel listed on next page]*

Attorneys for Plaintiffs and the Putative Classes and Collective

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

HAROLD JONES, et al.,

Plaintiffs,

vs.

CERTIFIEDSAFETY, INC.

Defendants.

**Lead Case No. 3:17-cv-02229-EMC**
Consolidated with 3:17-cv-03892-EMC (*Crummie*)
Related to: 3:18-cv-04379-EMC (Ross)
             3:19-cv-01338-EMC (Jones II)
             3:19-cv-01380-EMC (Jones III)
             3:19-cv-01381-EMC (Jones IV)
             3:19-cv-01427-EMC (East)
             3:19-cv-01428-EMC (Jones V)

**DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS, AND ENHANCEMENT PAYMENTS**

Date:          May 28, 2020
Time:          1:30 p.m.
Courtroom:  5 (17th Floor)
Judge:        Honorable Edward M. Chen

*Jones* Complaint Filed: April 21, 2017

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Edwin Aiwazian (SBN 232943)
Arby Aiwazian (SBN 269827)
Jill J. Parker (SBN 274230)
LAWYERS *FOR* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

Attorneys for Plaintiffs and the Putative Classes and Collective

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**DECLARATION OF EDWIN AIWAZIAN**

I, Edwin Aiwazian, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California.  I am a member of Lawyers *for* Justice, PC, attorneys of record for Plaintiffs.  The facts set forth in this declaration are within my personal knowledge or based on information and belief, and, if called as a witness, I could and would competently testify as follows.

**PRELIMINARY APPROVAL OF SETTLEMENT**

2.     On January 22, 2020, in Courtroom 5 of the above-entitled Court, the Honorable Edward M. Chen preliminarily approved the Stipulation of Class, Collective, and Representative Action Settlement and Amendment to Stipulation of Class, Collective, and Representative Action Settlement (together, "Settlement" or "Settlement Agreement"), and conditionally certified the proposed Class for settlement purposes.  The Court preliminarily appointed and designated Schneider Wallace Cottrell Konecky Wotkyns LLP as counsel for the Classes and Collective.  The Court also preliminarily appointed Plaintiffs Harold Jones, Tierre Crummie, Marcellous Ross, and Michael East as the Class Representatives for the California Class, Plaintiffs Jones and Genea Knight as Class Representatives for the Washington Class and Collective, Plaintiff Jones as Class Representative for the Minnesota Class, Plaintiff Jones as Class Representative for the Illinois Class, Plaintiff Sandra Turner as Class Representative for the Ohio Class, and Plaintiff George Azevedo, Jr. as Class Representative for the Alaska Class. The Court preliminarily approved the Notices of Settlement ("Class Notices") and Text Message Notice to be sent to members of the Classes, and the notice, opt-out, and objection procedures. The Court appointed Heffler Claims Group ("Heffler") to serve as the Settlement Administrator for handling the notice and settlement administration process.

**WORK PERFORMED BY COUNSEL FOR THE PLAINTIFFS AND CLASS**

3.     I have been actively engaged in this litigation since the action entitled *Tierre Crummie v. CertifiedSafety Inc*., United States District Court for the Northern District of California Case No. 3:17-cv-03892 (the "*Crummie* Action") was commenced on April 24, 2017 in the Superior Court of California for the County of Alameda, as have several other members of

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

Lawyers *for* Justice, PC.  Lawyers *for* Justice, PC has actively participated in all phases of the litigation process.  The ongoing work has been extensive, demanding, and ultimately successful in achieving a substantial settlement resolution and bringing about significant changes to Defendant CertifiedSafety, Inc.'s ("Defendant" or "CertifiedSafety") wage-and-hour policies and practices.  Before commencing the *Crummie* Action, Lawyers *for* Justice, PC investigated and researched the facts and circumstances underlying the pertinent issues and applicable law.  This required thorough discussions and interviews with Plaintiff Crummie and other Class Members, and research into the various legal issues in this matter, namely, the current state of the law as it applied to certification, off-the-clock theory, meal and rest periods, wage-and-hour enforcement, Plaintiff Crummie's claims, and potential defenses.  Lawyers *for* Justice, PC also engaged in significant factual investigation into Defendant's operations and business practices.  Based on these investigations, Lawyers *for* Justice, PC determined that Plaintiff Crummie's claims were well-suited for class treatment owing to what appeared to be a common course of conduct affecting a similarly situated group of employees of Defendant within the State of California, who were not properly compensated for, *inter alia*, all hours worked and non-compliant meal and rest periods.

4.     We have worked closely with co-counsel to reach a resolution of the matter. Together with our co-counsel Schneider Wallace Cottrell Konecky Wotkyns LLP, we used the pre-settlement time period to investigate the veracity, strength, and scope of the claims, and also to prepare the matter for class certification and trial.  This matter has involved extensive investigations, research into legal and factual issues, and formal and informal discovery and exchange of documents and data.  Counsel for Plaintiffs propounded multiple sets of discovery requests, served deposition notices for Defendant's Person Most Knowledgeable designees, prepared for and took the deposition of Defendant's Person Most Knowledgeable witness Steve Hines on January 10, 2018 regarding Defendant's organizational structure, wage-and-hour policies, practices, and procedures, among other topics, prepared for and defended the depositions of Plaintiffs Jones and Knight on January 15, 2018 and Plaintiff Crummie on January 15, 2018, interviewed and obtained information from Plaintiffs and other putative class members

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

(including, and not limited to, the names of potential witnesses), reviewed and analyzed thousands of pages of data and documents produced by Defendant and obtained through other sources, researched applicable law, and undertook damages and valuation analyses and calculations.  The documents and data that were reviewed and analyzed by the parties included, and were not limited to, employment records of Plaintiffs and Class Members (including timesheets and earnings statements); acknowledgments; meal period waiver forms; and Defendant's and employment policies (including California Meal and Rest Process Policy and Travel Reimbursement policy), practices, and procedures, among other things. Counsel for Plaintiffs met and conferred with Defendant's counsel on numerous occasions, e.g., to discuss issues relating to the pleadings, jurisdiction, case management, discovery, and production of various documents and data prior to the mediations.  Other work performed by counsel for Plaintiffs  included, and was not limited to, case strategy and analysis; drafting, reviewing, and revising the pleadings; preparing for and appearing for court proceedings; and preparing for and attending two (2) mediations and settlement negotiations.

5.     As outlined herein, the parties have conducted significant investigation, discovery, and exchange of data and documents during the course of this litigation. Counsel for Plaintiffs analyzed a volume of documents and data either produced by Plaintiffs and Defendant or obtained through other sources.  These documents and data provided a critical understanding of the nature of the work performed by members of the Classes, as well as Defendant's operations and employment policies, practices, and procedures, and were used in analyzing liability, damages, and valuation issues in connection with all phases of the litigation, and ultimately with the settlement negotiation process. Counsel for the parties have further invested time researching applicable law, which is constantly evolving as it relates to certification, Fair Labor Standards Act ("FLSA") claims, representative PAGA claims, off-the-clock theory, meal and rest periods, wage-and-hour enforcement, Plaintiffs' claims, and Defendant's defenses, as well as facts and evidence produced and analyzed.

6.     The work with our co-counsel has been a coordinated and combined effort.  Areas of responsibility were divided between the firms so as to avoid unnecessary duplication of work

DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS, AND ENHANCEMENT PAYMENTS

**LAWYERS** *for* **JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

and effort. When the abilities of experienced and skilled co-counsel were needed, however, the firms worked together.  For example, interviewing putative class members and reviewing and analyzing a large volume of documents and data produced by Defendant involved group effort. Both firms worked together to strategize the matter and were actively involved in case investigation, preparing the matter for the mediations and settlement negotiations.

7.     After conducting significant investigation of the facts and law, counsel for the parties engaged in extensive settlement negotiations to try to resolve the entire matter. These efforts included participating in two (2) mediations, the first mediation on January 23, 2018 with Jeff Ross, Esq. and the second mediation on April 23, 2019, with Paul Grossman, Esq., both of whom are well-respected mediators who are highly-experienced in mediating complex wage-and-hour matters. During all settlement discussions, the parties conducted their negotiations at arm's length in an adversarial position.  Prior to and during the mediations, the parties exchanged information and discussed various aspects of the cases, including and not limited to, the risks and delays of further litigation, proceeding with certification, as well as the law relating to off-the-clock theory, meal and rest periods, representative PAGA claims, FLSA claims, and wage-and-hour enforcement, the evidence produced and analyzed, and the possibility of appeals, among other things.  Arriving at a settlement that was acceptable to the parties was not easy.  Defendant contended that individualized questions of fact predominate over any common issues, and these issues would pose challenges to certification and representative adjudication.  Defendant and its counsel felt very strongly about Defendant's ability to prevail on the merits and to obtain a denial of class certification, while Plaintiffs and Plaintiffs' counsel believed that class certification would be obtained, and that they would prevail at trial.  With the aid of the mediators' evaluations, the parties agreed that this case was well-suited for settlement given the legal issues relating to the principal claims, as well as the costs and risks to the parties that would attend further litigation.  These risks of further litigation include, and are not limited to, a determination that the claims are unsuitable for class and collective action treatment and/or representative adjudication, failure to obtain certification, and de-certification after certification of a class, allowing a jury to decide the claims asserted in the case, and the real possibility of no recovery

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

1    after years of litigation.

2          8.     Class Counsel seeks attorneys' fees in the amount of $2,100,000, which is thirty-

3    five percent (35%) of the Gross Settlement Amount of $6,000,000, as set forth in the Settlement

4    Agreement and the notices.   This amount is commensurate with: (1) the risk that Plaintiffs'

5    Counsel took in commencing the cases; (2) the time, effort, and expense dedicated to the matter;

6    (3) the skill and determination that Plaintiffs' Counsel have shown; (4) the results that Plaintiffs'

7    Counsel have achieved throughout the litigation; (5) the value of the settlement that Plaintiffs'

8    Counsel have achieved for the members of the Classes; and (6) the other cases that Plaintiffs'

9    Counsel have turned down in order to devote their time and efforts to this matter. In addition to

10   the substantial recovery obtained on behalf of members of the Classes and Collective, Plaintiffs'

11   Counsel's efforts have also resulted in significant changes to Defendant's wage-and-hour

12   policies, practices, and procedures.

13         9.     Other federal courts have awarded attorneys' fees of at least thirty-five percent

14   (35%) of the settlement amount to Lawyers *for* Justice, PC.   See *Andrew Dawson, et al. v.*

15   *HITCO Carbon Composites, Inc.* (C.D. Cal. Nov. 19, 2019) 2:16-cv-07337-PSG-FFM; *Aaron*

16   *Feao, et al. v. UFP Riverside, LLC* (C.D. Cal. Oct. 22, 2019) 2:17-cv-03080-PSG-JPR; and

17   *Derrick Byrd, et al. v. Masonite Corporation* (C.D. Cal. March 22, 2018) 5:16-cv-00035-

18   JGBKK.

19         10.    While not necessarily required to be demonstrated because the percentage fee that

20   is sought in this matter is proper, counsel for Plaintiffs have incurred so many hours of work in

21   connection with prosecuting this matter that the attorneys' fees request is also justified under a

22   lodestar analysis.  Lawyers *for* Justice, PC has spent a total of **690.10 hours** performing tasks in

23   this matter. The hours attributable to Lawyers *for* Justice, PC include work done by myself and

24   several other attorneys.  We also had litigation support personnel actively engaged in assisting

25   with the prosecution of this matter. The following hourly rates of compensation are

26   commensurate with the individual background, training, and experience of the attorneys that are

27   listed below, who worked on this matter, as well as our firm, in litigation of class actions and

28   complex wage-and-hour matters.

| Attorney | Title | Cal. Bar No. | Admit Year | Hourly Rate | Total Hours | Lodestar |
|---|---|---|---|---|---|---|
| Edwin Aiwazian | Attorney | 232943 | 2004 | $975 | 247.80 | $241,605 |
| Arby Aiwazian | Attorney | 269827 | 2010 | $850 | 179 | $152,150 |
| Jill J. Parker | Attorney | 274230 | 2010 | $800 | 132.80 | $106,240 |
| Joanna Ghosh | Attorney | 272479 | 2010 | $800 | 3 | $2,400 |
| Stephen Hoffman | Attorney | 287075 | 2012 | $600 | 19 | $11,400 |
| Elizabeth Parker-Fawley | Attorney | 301592 | 2014 | $675 | 30.25 | $20,418.75 |
| Stephanie S. Ponek | Attorney | 306205 | 2015 | $675 | 9.75 | $6,581.25 |
| Tiffany J. Hyun | Attorney | 314706 | 2016 | $600 | 21.5 | $12,900 |
| Kristina Noel Buan | Attorney | 311661 | 2016 | $550 | 9.5 | $5,225 |
| Danielle L. Chang | Attorney | 313881 | 2017 | $550 | 1 | $550 |
| Tara Zabehi | Attorney | 314706 | 2017 | $550 | 15.5 | $8,525 |
| Vanessa Rodriguez | Attorney | 316382 | 2017 | $500 | 7.75 | $3,875 |
| Angelika Hakopian | Attorney | 318655 | 2017 | $500 | 13 | $6,500 |
| Margaux V. Roussel | Attorney | 323398 | 2018 | $500 | 0.25 | $125 |
| | | | | Total: | 690.10 | $578,495 |

11.     The work performed in this particular matter, the background of our firm, as well as the individual backgrounds, training, and experience of the attorneys who worked on this matter, in litigating complex wage-and-hour class and representative actions, support a reasonable blended hourly rate of compensation at the rate of at least $840 for work performed by Lawyers *for* Justice, PC.  Lawyers *for* Justice, PC has been awarded attorneys' fees, compensating the firm at the rate of at least $840 per hour for legal services performed, by courts granting final approval in other cases: final approval of the class and representative action settlement in *Jamila Sherman, et al. v. Stitchfix, Inc.* (San Mateo County Superior Court Case No. 18CIV05049) was granted on February 4, 2020; final approval of the class action settlement in *Juan Contreras, et al. v. J.R. Simplot Company* (Sacramento County Superior Court Case No. 34-2017-00205711-CU-OE-GDS) was granted on June 28, 2019; final approval of the class and representative action settlement in *Seth Swan v. Pace Supply* (Sonoma County Superior Court Case No. SCV258764) was granted on February 6, 2019, and the award of attorneys' fees involved a higher hourly rate of $855.96; final approval of the class and representative action settlement in *Eliazar Gonzalez, et al. v. The Wine Group* (Alameda County Superior Court Case No. RG15781726) was granted on October 30, 2018; and final approval of the class and

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS, AND ENHANCEMENT PAYMENTS

LAWYERS for JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

1  representative action settlement in *Demetrius Camarillo v. Blue Diamond Growers* (Sacramento
2  County Superior Court Case No. 34-2015-00175871) was granted on June 30, 2017, and the
3  award of attorneys' fees involved a higher hourly rate of $845.64.

### ADEQUACY OF LAWYERS *for* JUSTICE, PC

#### *EDUCATION*

6  12.     In May of 2004, I graduated from *Pepperdine University School of Law* with a
7  <u>Juris Doctor</u> degree.  I have extensive formal training in dispute resolution and negotiation from
8  the *Straus Institute for Dispute Resolution* as part of its <u>Masters in Dispute Resolution</u> degree
9  program.  In addition, I have previously served as a *pro bono* mediator for the Los Angeles
10 County Superior Court.  In October of 2000, I obtained a <u>Litigation Paralegal Certificate</u> from
11 the *UCLA Extension Program*.  During the summer of 2000, I studied <u>Legal Writing</u> at *Harvard*
12 *University*.  In April of 1999, I obtained a <u>Bachelor of Arts</u> degree in Communication with a
13 concentration in Natural Sciences from *Pepperdine University*.

#### *JUDICIAL EXTERNSHIPS*

15 13.     From approximately September 2002 to approximately December 2002, I served
16 as a <u>Judicial Extern</u> to the Honorable Kim McLane Wardlaw of the *United States Court of*
17 *Appeals for the Ninth Circuit*.  From approximately June 2002 to approximately August 2002, I
18 served as a <u>Judicial Extern</u> to the Honorable Earl Johnson, Jr. of the *California Court of Appeal*
19 *for the Second Appellate District*.

#### *LITIGATION AND CLASS ACTION EXPERIENCE*

21 14.     In December of 2004, I obtained a license to practice law from the California
22 State Bar.  From approximately December 2004 to approximately August 2008, I was employed
23 by *Girardi & Keese*.
24 15.     At *Girardi & Keese*, my practice focused on class actions and other complex
25 cases involving toxic torts and products liability.  In addition, I gained substantial experience on
26 cases involving insurance bad faith, premises liability, and medical negligence.  While employed
27 by *Girardi & Keese*, I argued approximately 100 motions, took or defended approximately 150
28 depositions, and prepared dozens of expert witnesses for deposition or trial.

16.     Since its inception, in or around October of 2008, our firm has almost exclusively focused on the prosecution of consumer and employment class actions, involving wage-and-hour claims, race discrimination, unfair business practices or consumer fraud.  Currently, we are the attorneys of record in over a dozen employment-related putative class actions in both state and federal courts in the State of California.  Our firm has successfully litigated cases involving the executive, administrative, and other overtime exemptions to the State of California and federal overtime compensation requirements.  During this relatively short time, in association with other law firms, we have recovered millions of dollars on behalf of thousands of individuals in California.

### *EXAMPLES OF CLASS ACTION RESULTS*

17.     What follows are just a few examples of the type of results we have achieved on behalf of our clients:

a)     Our firm represented the plaintiffs in a wage-and-hour class and representative action against a major property management company involving allegations of misclassification of various "manager" positions.  On September 20, 2010, the court granted final approval of the class and representative action settlement.  The Los Angeles County Superior Court Case Number is BC400414.

b)     Our firm represented the plaintiffs in a wage-and-hour class action against a national retailer of household items involving allegations of misclassification of the "Assistant Store Manager" position.  On October 28, 2010, the court granted final approval of the class action settlement.  The Los Angeles County Superior Court Case Number is BC413498.

c)     Our firm represented the plaintiffs in a wage-and-hour class action against a national property management company involving allegations of misclassification of the "Property Manager" position.  On May 23, 2012, the court granted final approval of the class action settlement.  The Los Angeles County Superior Court Case Number is BC430918.

d)     Our firm represented the plaintiffs in a wage-and-hour class action involving allegations of misclassification of the "Store Manager" position.  On June 10, 2011, the court granted plaintiffs' motion for class certification.  On August 26, 2013, the court granted

**LAWYERS** *for* **JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS, AND ENHANCEMENT PAYMENTS

final approval of the class action settlement.   The Los Angeles County Superior Court Case Number is BC424012.

e)   Our firm represented the plaintiffs in a wage-and-hour class and representative action against a bank, involving allegations of misclassification of the "Assistant Branch Manager" position.   On August 27, 2013, the court granted final approval of the class and representative action settlement.   The Kern County Superior Court Case Number is S-1500-CV-273194-LHB.

f)   Our firm represented the plaintiffs in a wage-and-hour class and representative action against a national wholesale distributor of plumbing and builder supplies, involving allegations of misclassification of multiple salaried "manager" positions.   On May 22, 2014, the court granted final approval of the class and representative action settlement.   The Sacramento County Superior Court Case Number is 34-2012-00136285.

g)   Our firm represented the plaintiff in a wage-and-hour class action involving allegations of misclassification of the "Operations Manager" position.   On September 16, 2014, the court granted plaintiff's motion for class certification.   The Los Angeles County Superior Court Case Number is BC478769.

h)   Our firm represented the plaintiff in a wage-and-hour class and representative action against a national retailer of household items, on behalf of hourly-paid or non-exempt employees.   On May 27, 2015, the court granted final approval of the class and representative action settlement.   The San Francisco County Superior Court Case Number is CGC-13-532344.

i)   Our firm represented the plaintiff in a wage-and-hour class action involving allegations of misclassification of the salaried residential "Property Manager" position.   On September 17, 2015, the court granted plaintiff's motion for class certification.   The Los Angeles County Superior Court Case Number is BC474784.

j)   Our firm, in association with other co-counsel, represented the plaintiffs in a wage-and-hour class and representative action against a national retailer of upscale hardware and home furnishings, on behalf of non-exempt employees.   On April 28, 2016, the court granted

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

final approval of the class and representative action settlement. The Los Angeles County Superior Court Case Number is JCCP4794.

k) Our firm, in association with other co-counsel, represented the plaintiffs in a wage-and-hour class and representative action against a national retailer of apparel and fashion accessories, on behalf of non-exempt employees. On August 5, 2016, the court granted final approval of the class and representative action settlement. The Los Angeles County Superior Court Case Number is BC488069.

l) Our firm, in association with other co-counsel, represented the plaintiffs in a wage-and-hour class action against a national retailer of apparel, accessories, and home products, involving allegations of misclassification of the "Department Manager" position. On August 12, 2016, the court granted the plaintiffs' motion for class certification in part and certified a class. The Alameda County Superior Court Case Number is RG13680477.

m) Our firm represented the plaintiff in a representative action under the Private Attorneys General Act, against a real estate and property management company, on behalf of non-exempt employees. On November 4, 2016, the court granted approval of the PAGA settlement. The Orange County Superior Court Case Number is 30-2015-00775439-CU-OE-CXC.

n) Our firm, in association with other co-counsel, represented the plaintiffs in a wage-and-hour class and representative action against a full-service bank, on behalf of non-exempt employees. On November 18, 2016, the court granted final approval of the class and representative action settlement. The San Francisco County Superior Court Case Number is CJC-13-004839.

o) Our firm represented the plaintiffs in a wage-and-hour class and representative action against a foodservice distributor, on behalf of non-exempt employees. On January 26, 2017, the court granted final approval of the class and representative action settlement. The San Bernardino County Superior Court Case Number is CIVDS1507260.

///
///

DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS, AND ENHANCEMENT PAYMENTS

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

p)      Our firm, on behalf of the plaintiff and respondent in a PAGA representative action, successfully opposed in the trial court, and briefed and argued an appeal with respect to the employer's motion to compel arbitration, which resulted in a published opinion by the California Court of Appeal in favor of employees.   *Roberto Betancourt v. Prudential Overall Supply*, 9 Cal.App.5th 439 (Cal. App. 4th Dist., Mar. 7, 2017), review denied, cert. denied (U.S. Supreme Court Docket No. 17-254).

q)      Our firm, in association with other co-counsel, represented the plaintiffs in a wage-and-hour class and representative action against a manufacturer of food service industry supplies on behalf of non-exempt employees. On April 14, 2017, the court granted final approval of the class and representative action settlement. The Orange County Superior Court Case Number is 30-2015-00810013-CU-OE-CXC.

r)      Our firm represented the plaintiff in a wage-and-hour class and representative action against a property management company, on behalf of non-exempt employees. On June 14, 2017, the court granted final approval of the class and representative action settlement. The Los Angeles County Superior Court Case Number is BC586234.

s)      Our firm represented the plaintiff in a wage-and-hour class and representative action against a food company on behalf of non-exempt employees. On June 30, 2017, the court granted final approval of the class and representative action settlement. The Sacramento County Superior Court Case Number is 34-2015-00175871.

t)      Our firm represented the plaintiffs in a wage-and-hour class and representative action against a chocolate company on behalf of non-exempt employees. On July 19, 2017, the court granted final approval of a class and representative action settlement. The Alameda County Superior Court Case Number is RG15764300.

u)      Our firm represented the plaintiffs in a wage-and-hour class and representative action against a manufacturer of plastic containers on behalf of non-exempt employees. On October 31, 2017, the court granted final approval of the class and representative action settlement. The Los Angeles County Superior Court Case Number is BC577233.

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

v)      Our firm, in association with other co-counsel, represented the plaintiffs in a wage-and-hour class and representative action against a bank on behalf of non-exempt employees. On December 11, 2017, the court entered an order granting final approval of class and representative action settlement. The Los Angeles County Superior Court Case Number is BC569646.

w)      Our firm, in association with co-counsel, represented the plaintiffs in a wage-and-hour class and representative action against a property management company on behalf of hourly-paid and non-exempt employees.  On January 4, 2018, the court entered an order granting final approval of the class and representative action settlement. The Los Angeles County Superior Court Case Number is JCCP4819.

x)      Our firm, in association with other co-counsel, represented the plaintiffs in a wage-and-hour class and representative action against a company that operates business centers. On February 15, 2018, the court granted final approval of the class and representative action settlement. The Los Angeles County Superior Court Case Number is BC498401.

y)      Our firm, in association with other co-counsel, represented the plaintiff in a representative action under the Private Attorneys General Act, against a global provider of products and services to the energy industry, on behalf of hourly-paid and non-exempt employees.  On November 19, 2018, the Court granted approval of the settlement. The Kern County Superior Court Case Number is S-1500-CV-280215-SDC.

z)      Our firm represented the plaintiff in a wage-and-hour class action against a parking company on behalf of non-exempt employees.  On September 3, 2019, the court granted the plaintiff's motion for class certification and certified a class.  The Santa Clara County Superior Court Case Number is 16CV292208 and the Judicial Council Coordination Proceeding Number is JCCP 4886.

aa)      Our firm, in association with other counsel, on behalf of the plaintiff and respondent in a PAGA representative action, successfully opposed in the trial court, and briefed and argued an appeal with respect to the employer's motion to compel arbitration, resulting in a notable decision from the California Supreme Court clarifying the law and finding, in part, that

DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS
AND COLLECTIVE ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS, AND ENHANCEMENT PAYMENTS

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

1  employer arbitration agreements are unenforceable where they block a PAGA claim from

2  proceeding, *ZB, N.A. v. Superior Court*, 8 Cal.5th 175 (2019).

3          bb)     Our firm represented the plaintiffs in a wage-and-hour class and

4  representative action against a bank on behalf of non-exempt employees.   On September 27,

5  2019, the court granted the plaintiffs' motion for class certification in part and certified a class.

6  The Alameda County Superior Court Case Number is_RG15757606 and the Judicial Council

7  Coordination Proceeding Number is JCCP 4921.

8          cc)     Our firm represented the plaintiffs in a wage-and-hour class and

9  representative action against a national retailer of apparel and fashion accessories, on behalf of

10  non-exempt employees.   On October 9, 2019, the court granted the plaintiffs' motion for class

11  certification in part and certified a class.   The Sacramento County Superior Court Case Number

12  is 34-2015-00175330-CU-OE-GDS.

13          dd)     Our firm represented the plaintiff in a wage-and-hour class and

14  representative action against a medical equipment supplier on behalf of non-exempt employees.

15  On February 13, 2020, the court granted the plaintiff's motion for class certification and certified

16  a class.   The San Bernardino County Superior Court Case Number is CIVDS1505744.

17          ee)     Our firm, in association with other counsel, represented the plaintiff in a

18  wage-and-hour class and PAGA representative action against a large national drug testing

19  laboratory on behalf of non-exempt employees.   On February 21, 2020, the court granted the

20  plaintiff's motion for class certification and certified a class.   The San Diego County Superior

21  Court Case Number is 37-2018-00019611-CU-OE-CTL.

22          ff)     Our firm represented the plaintiffs in a wage-and-hour class and

23  representative action against a national retailer of sportswear, footwear, and camping equipment

24  on behalf of non-exempt employees.   On March 16, 2020, the court granted in part the plaintiff's

25  motion for class certification and certified a class.   The Riverside County Superior Court Case

26  Number is RICJCCP4930.

27  ///

28  ///

DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS
AND COLLECTIVE ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS, AND ENHANCEMENT PAYMENTS

**LAWYERS** *for* **JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**LITIGATION COSTS AND EXPENSES INCURRED BY PLAINTIFFS' COUNSEL**

18.     To date, counsel for Plaintiffs have borne all the risks and costs of litigation and will not receive any compensation until recovery is obtained by Plaintiffs and the members of the Classes and Collective.  Lawyers for Justice, PC has incurred **$12,498.41** in litigation costs and expenses as reflected in "**EXHIBIT A**" attached hereto.

**ENHANCEMENT PAYMENTS TO PLAINTIFFS**

19.     In recognition of their efforts and work serving as the Class Representatives, the Settlement provides for enhancement payments in the amount of $15,000 each to Plaintiffs Jones, Knight, and Crummie, $10,000 each to Plaintiffs Ross and East, and $5,000 each to Plaintiffs Azevedo and Turner.  The requested enhancement payments are fair and appropriate. Plaintiffs spent a substantial amount of time and effort in producing relevant documents and past employment records and provided the facts and evidence necessary to attempt to prove the allegations, including and not limited to, with respect to Plaintiffs Jones, Knight and Crummie, by way of preparing for and attending a depositions.  Plaintiffs were available whenever their attorneys needed them and actively tried to obtain, and gave, information that would benefit the members of the Classes and the Collective.  Plaintiffs spent numerous hours speaking with their attorneys about their claims, describing their work experiences with Defendant, and gathering and reviewing documents.  Accordingly, it is appropriate for Plaintiffs to each receive reasonable enhancement payments, in addition to their settlement payments, for their services on behalf of the members of the Classes and Collective.

20.     I submit that the Settlement is fair, reasonable, and adequate.  In addition, the Settlement is in the best interests of the Plaintiffs and the Classes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of April 2020, at Glendale, California.



Edwin Aiwazian

# EXHIBIT A

# LAWYERS for JUSTICE PC CASE COST DETAIL
# Crummie v. CertifiedSafety, Inc.

| Date | Payee | Expense Description | Amount |
|------|-------|---------------------|-------:|
| 12/15/16 | U.S. Postmaster | Postage | 6.47 |
| 3/16/17 | U.S. Postmaster | Postage | 6.80 |
| 4/21/17 | Labor & Workforce Development Agency | Filing Fee | 75.00 |
| 4/24/17 | ProLegal | Attorney Service | 333.45 |
| 4/24/17 | Alameda Superior Court | Filing Fee | 435.00 |
| 4/24/17 | Alameda Superior Court | Complex Fee | 1,000.00 |
| 6/9/17 | ProLegal | Attorney Service | 226.36 |
| 6/16/17 | CourtCall, LLC | Attorney Service | 86.00 |
| 6/21/17 | ProLegal | Attorney Service | 114.95 |
| 6/26/17 | ProLegal | Attorney Service | 124.70 |
| 7/6/17 | Golden State Overnight | Courier Service | 11.32 |
| 7/6/17 | FedEx Express | Courier Service | 29.61 |
| 7/7/17 | ProLegal | Attorney Service | 159.95 |
| 7/10/17 | Alameda Superior Court | Document Download Fee | 8.50 |
| 7/19/17 | Golden State Overnight | Courier Service | 23.22 |
| 7/28/17 | Golden State Overnight | Courier Service | 25.97 |
| 8/9/17 | Golden State Overnight | Courier Service | 17.72 |
| 8/17/17 | Golden State Overnight | Courier Service | 17.37 |
| 9/21/17 | Jill Parker | Travel Reimbursement | 716.50 |
| 10/4/17 | U.S. Postmaster | Postage | 14.40 |
| 10/5/17 | Golden State Overnight | Courier Service | 26.63 |
| 10/16/17 | CourtCall, LLC | Attorney Service | 30.00 |
| 11/3/17 | Alameda Superior Court | Document Download Fee | 1.00 |
| 11/6/17 | ProLegal | Attorney Service | 159.95 |
| 1/11/18 | Document Technologies, LLC | Court Reporter | 630.30 |
| 1/11/18 | Tierre Crummie | Travel Reimbursement | 1,216.14 |
| 1/11/18 | Arby Aiwazian | Travel Reimbursement | 1,410.98 |
| 1/11/18 | Angelika Hakopian | Travel Reimbursement | 1,391.69 |
| 1/23/18 | Edwin Aiwazian | Travel Reimbursement | 1,462.17 |
| 1/31/18 | FedEx Express | Courier Service | 50.95 |
| 1/31/18 | Golden State Overnight | Courier Service | 16.73 |
| 3/2/18 | ProLegal | Attorney Service | 99.95 |
| 4/11/18 | Golden State Overnight | Courier Service | 30.15 |
| 8/31/18 | Golden State Overnight | Courier Service | 175.23 |
| 4/19/19 | Paul Hastings LLP | Mediation Fee | 2,250.00 |
| 4/23/19 | Arby Aiwazian | Travel Reimbursement | 19.25 |
| 5/31/19 | CourtCall, LLC | Attorney Service | 94.00 |
| | | **Total:** | **12,498.41** |